No. 333.

THE STATE OF LOUISIANA VS. BOB DAVIS.

An indictment for larceny which shows that the offence was committed more than one year previous to the filing of the indictment, and there are no averments of the causes which suspend prescription, will be quashed and set aside.

A PPEAL from the Ninth District Court, Parish of DeSoto.
Hall, J.

---

J. B. Lee and J. R. Land, District Attorneys, for the State, Appellee.

---

H. P. Liverman for Defendant and Appellant.

The opinion of the court was delivered by

McENERY, J. The defendant was indicted for larceny, convicted and sentenced. He appealed, and has filed the plea cf one year prescription to the prosecution.

The indictment charges the offence to have been committed on the ———— day of 1890.

It was found and presented on the 4th August, 1892. The causes for the suspension of prescription are not averred in the indictment.

The plea must prevail. Rev. Stat. 986; State vs. Victor, 36 An. 778; State vs. Joseph, 40 An. 5.

It is therefore ordered, adjudged and decreed that the verdict and sentence appealed from be annulled, canceled and reversed, and the defendant discharged.